Maloy *v.* Port Royal & Western Carolina Railway Co.

*Atkinson, J.*—A declaration filed by an employee of a railroad company to recover damages for injuries inflicted upon him in consequence of the negligence of a coemployee, which states the nature of the employment, the character of the work in which they were engaged, the extent of the injuries, and the amount of the damages, and likewise the circumstances under which he was injured, the latter being stated with such particularity as to show that he was himself free from fault, and was injured solely because of the negligence of his fellow-servants, sets forth substantially a cause of action, and a dismissal upon demurrer was erroneous.          *Judgment reversed.*
July 8, 1895.  By two Justices.

Action for damages.    Before Judge Eve.    City court of Richmond county.    November term, 1894.

A demurrer for want of a cause of action was sustained, and plaintiff excepted. The declaration alleges, that plaintiff was employed by the railroad company as a section hand to work on the line of the road in building and repairing tracks, bridges and trestles used and necessary in the running of the trains of the company. It became his duty, in company with others, to line the trestle, the track on and about the trestle being out of line, and in the course of straightening it, it became necessary to line the trestle by placing, at the bottom or near the supports or

benches of the trestle, blocks to serve as props or fulcrums, against which a lever or long pole was placed in order to prize forward or upward as required. For the safety of those engaged in prizing, it became necessary that the block or fulcrum should be securely placed, and so arranged that it should not slip. Plaintiff was engaged in another part of the work, awaiting the fixing of the block, when he was called to assist in the prizing; and in compliance therewith, and in the due course of his duty, he went to the place where the prizing was to be done, and relying on the safe and secure placing and fixing of the prop, with the other employees he took hold of the long and heavy pole used as a lever, and in the line of his duty began, with all proper care and diligence, to pull thereon for the purpose of prizing the bench or trestle; and without fault on his part, and by the mere fault, negligence and carelessness of the company and its agents, of which the plaintiff had no notice, the block or fulcrum was insecurely, improperly, loosely and negligently placed, by reason whereof it slipped and the pole was violently forced and slipped, throwing plaintiff upon the ground and falling with great force across the small of his back, thereby inflicting great and permanent injuries described.

*J. R. Lamar* and *M. P. Foster*, for plaintiff.
*Ganahl & Ganahl*, for defendant.